FLORENCE COOPER, Respondent, v. J. HENRY SAYERS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANK H. COOPER, Respondent, v. J. HENRY SAYERS, Appellant.— Judgment

---

* Revd., 259 N. Y. 449.

and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.